UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/11
```

| | |
|---|---|
| GUY AND LORENA COLSTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | FILE NO. 1:11-cv-01747-WHP |
| ) | |
| ) | ORDER FOR DISMISSAL |
| ) | OF CASE WITH PREJUDICE |
| ALLIANCEONE RECEIVABLES ) | |
| MANAGEMENT, INC ) | |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiff, Guy and Lorena Colston, brought or could have brought in this action against Defendant, Allianceone Receivables Management, Inc., its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
JUDGE PRESIDING
UNITED STATES DISTRICT JUDGE    7/22/11